# McGuireWoods

**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Philip A. Goldstein**
Direct: 212.548.2167
pagoldstein@mcguirewoods.com

*The Court reluctantly grants this request. Defendant should not expect any further extension.*

Dated: August 30, 2023
New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

August 29, 2023

**Via ECF**
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re: ***All Premium Contractors Inc. v. Sunlight Financial LLC***
<u>**Case No. 1:23-cv-05059 (JLR)**</u>
*Request for Additional Time to File Reply Papers*

Dear Judge Rochon:

This firm represents defendant Sunlight Financial LLC ("Sunlight") in the above-referenced matter. Sunlight respectfully requests an extension of time to file its reply papers in support of its motion to compel arbitration, making the new deadline Friday, <u>September 8, 2023</u>. The current deadline for Sunlight to file its reply papers in support of the motion to compel is Friday, September 1, 2023.

There has been one previous request for an extension of time for Sunlight to file its reply papers in support of its motion to compel arbitration, which was granted by the Court. Counsel for Plaintiff does not consent to this request, stating "I can't consent to another extension." The requested extension does not affect any other scheduled dates or deadlines. Counsel for Sunlight is requesting the extension because the undersigned counsel is unavailable due to several other matters, including: (1) a trial scheduled tomorrow for a matter pending in New Jersey state court, and (2) a hearing scheduled for a matter pending in New York State Civil Court Queens County on Thursday, August 31.

Therefore, Sunlight respectfully requests that the Court grant its request to extend the time to file reply papers in support of its motion to compel arbitration up to and including September 8, 2023. We thank the Court for its consideration.

Respectfully Submitted,

*/s/ Philip A. Goldstein*

Philip A. Goldstein

PAG/
cc:     All Counsel of Record (via ECF)
SO ORDERED:

_____
Hon. Jennifer L. Rochon, U.S.D.J.